UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mary L. Cooper<br>United States District Judge |
| v. | : | Crim. No. 07-788 (MLC) |
| RICHARD BANACH, et al | : | **ORDER** |

THIS MATTER having come before the Court on the application of ALNEATHA BARKSDALE (Lisa Van Hoeck, Esq., Counsel for Alneatha Barksdale) with the consent of RICHARD BANACH (Eric Urbano, Esq., Counsel for Richard Banach) and the United States (Christopher J. Christie, United States Attorney, by Eugenia A. P. Cowles, Assistant United States Attorney), requesting that the Court continue the trial in this matter until July 22, 2008,

IT IS THE FINDING OF THIS COURT that:

1) The Parties have requested additional time to prepare for trial;

2) Pursuant to Title 18, United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial;

WHEREFORE, IT IS on this _25th_ day of April 2008,

ORDERED that the period between this date, and, July 22, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that the trial in this matter shall commence no later than July 22, 2008, according to the schedule set forth below:

Motions Due: June 10, 2008

Responses Due: June 24, 2008

Motions Hearing: July 8, 2008

Trial: July 22, 2008.

*Mary L. Cooper*
Hon. Mary L. Cooper
United States District Judge

We hereby consent to the form
and entry of this Order

*Alneatha Renee Barksdale*
ALNEATHA RENEE BARKSDALE

*Lisa Van Hoeck*
Lisa Van Hoeck, Esq.
Attorney for ALNEATHA BARKSDALE

*Richard Banach*
RICHARD BANACH

*Eric Urbano*
Eric Urbano, Esq.
Attorney for RICHARD BANACH

*Eugenia A. P. Cowles*
Eugenia A. P. Cowles
Assistant United States Attorney